IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-_____ |
| v. | : | DATE FILED:_____ |
| ANTHONY YEAGER | : | VIOLATIONS:<br>18 U.S.C. § 2251(a), (e) (manufacture of child pornography – 3 counts) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 4 counts) |
| | : | 18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count) |
| | : | Notice of forfeiture |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about November 10, 2023, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and defendant YEAGER knew and had reason to know that the visual depiction would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Section 2251(a), (e).

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 29, 2023, in the Eastern District of Pennsylvania, defendant

## ANTHONY YEAGER

employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 7, 2023, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and defendant YEAGER knew and had reason to know that the visual depiction would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 4, 2023, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 3, 2023, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 10, 2024, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 16, 2024, in the Eastern District of Pennsylvania, defendant

**ANTHONY YEAGER**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

### COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 15, 2024, in the Eastern District of Pennsylvania, defendant

### ANTHONY YEAGER

knowingly possessed matter, that is, a Samsung cellular phone bearing IMEI number 357944933235499, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2251(a), 2252(a)(2), and 2252(a)(4)(B), as set forth in this indictment, defendant

### ANTHONY YEAGER

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

    i. One Samsung cellular phone bearing IMEI number 357944933235499.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253, to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

A TRUE BILL:

███████████████

GRAND JURY FOREPERSON

_____
JACQUELINE C. ROMERO
**United States Attorney**

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY YEAGER

INDICTMENT

Counts

18 U.S.C. § 2251(a), (e) (manufacture of child pornography – 3 counts)
18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 4 counts)
18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)
Notice of forfeiture



Foreperson

A True Bill of ███████
A.D. 20 24